JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

E-filing

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**: JOHN WESTON OSBURN

**DEFENDANTS**: OAKLAND POLICE OFFICERS: SGT. B ORTIZ (#8132P); OFC. J. CUNNIE (#8754P); LT. HAMILTON (#UNK); OFCS. JANE & JOHN DOE NOS. 1-X; AND THE CITY OF OAKLAND

**(b) County of Residence of First Listed Plaintiff**: MENDOCINO
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant**: ALAMEDA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

CV 12 3397

**(c) Attorneys** (Firm Name, Address, and Telephone Number): DENNIS CUNNINGHAM, 415 285 8091, 115A BARTLETT ST. SAN FRANCISCO, CA 94110

**Attorneys** (If Known): OAK CITY ATTY & JOHN BURRIS

MEJ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC sec. 1983

Brief description of cause:
POLICE MISCONDUCT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

**CHECK YES only if demanded in complaint:**
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE:                    DOCKET NUMBER:

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)

(Place an "X" in One Box Only)   ☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA

**DATE**: 6/29/12

**SIGNATURE OF ATTORNEY OF RECORD**: [signature]

Dennis Cunningham, SBN# 112910
Law Offices of Dennis Cunningham
115-A Bartlett Street
San Francisco, CA 94110
415-285-8091 / FAX 285-8092

Jeff Wozniak, SBN# 256738
Law Offices of Jeff Wozniak
179 11th St. 2nd Floor
San Francisco, CA 94103
415-864-5600 / FAX 415-865-0376

Attorneys for the Plaintiff

UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN WESTON OSBURN,

    Plaintiff,

vs.

OAKLAND POLICE OFFICERS:
Sgt. B. ORTIZ, #8132P; Ofcr J. CUNNIE, #8754P; Lieut. (fnu) HAMILTON, #unk; Officers John & Jane Doe, Nos.1-X; and The CITY of OAKLAND, California,

    Defendants.

No. CV 12 3397

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS and OTHER WRONGS

Jury Trial Demanded

**INTRODUCTION**

1. This is a Complaint for violation of civil rights by way of false arrest, wrongful use of force and wrongful imprisonment, in violation of the Fourth and Fourteenth Amendments to the U.S. Constitution, and unconstitutional policy and practice on the part of the Oakland Police Department, implicating the City itself. It arises from the wrongful and arbitrary seizure and rough physical punishment of plaintiff by the defendant officers, on July 8, 2010, gratuitously and heedlessly interrupting him as he pursued his professional calling and assignment as photo-

1  journalist and film-maker, filming a developing confrontation between police and demonstrators in downtown Oakland, on the occasion of protests over the whitewash verdict exonerating the BART policeman Johannes Mehserle in the New Year's Eve, 2008, killing of Oscar Grant on a BART platform.

2. As a result of this gratuitous mayhem, clearly carried out 'maliciously and sadistically for the very purpose of causing harm, the plaintiff has suffered long-lasting injury to his wrist, impairing his ability to handle his cameras, and thereby compromising his ability to earn his living and pursue his calling and his art, all in violation of his fundamental rights under the United States Constitution.

**JURISDICTION & VENUE**

3. This Court has jurisdiction based on the U.S. Constitution by way of the Civil Rights Acts, 42 U.S.C. Sec.1983 *et seq*. Venue is proper in this Court because some parties reside or are employed in the County and the events in question occurred here.

**PARTIES**

4. **Plaintiff**. Plaintiff JOHN WESTON OSBURN is an adult citizen of the United States and the State of California and a resident of Mendicino County, California

5. **Defendants**. Defendants, Sgt. B. ORTIZ, #8132P, Ofcr J. CUNNIE, #8754P, and Lieut. (fnu) HAMILTON, #unk, are members of the Oakland Police Department, who acted together with others who participated in the assault and false arrest of the plaintiff, and other responsible supervisors and commanders, all named here as John Does, whose true names will by incorporated herein when they become known.

**STATEMENT OF FACTS.**

6. Plaintiff is a news reporter and documentary film maker associated at the time with the IndyBay on-line news organization, and on assignment covering the demonstration anticipated for the day when the verdict would be announced at the trial in Los Angeles of Johannes Mehserle, a former BART police officer indicted for murder in the New Years Eve, 2008, BART platform shooting of Oscar Grant Jr, while he lay prone on the ground, handcuffed. The case had caused a great deal of ferment in the community, and more was expected on this night.

1     7. At a certain point in the protest, while a peaceful crowd rallied in a blocked-off section
2 of Broadway, between 13th and 14th Streets, riot police began to advance on the crowd, despite its
3 peaceful demeanor, and the plaintiff, stationed roughly to the side of the shrinking open space
4 between the two groups, began filming the police advance. As he did so, video camera in one
5 hand and a still camera in the other, he saw a police field commander clearly pointing at him, the
6 plaintiff, and apparently instructing officers to go after him, which they did.

7     8. The officers, Ofc. Cunnie and Sgt. Ortiz in particular (others being unidentified, and
8 so named herein as John and Jane Does), immediately surrounded the plaintiff and grabbed him,
9 taking him violently to the ground despite his lack of any resistance, and attempt to cooperate;
10 whereupon they twisted his arms behind him, seriously injuring his wrist, and then handcuffed
11 him much to tightly, 'maliciously and sadistically, for the very purpose of causing harm', which
12 they did.

13     9. After a stop at a hospital, where his wrist was seen only briefly, the defendants caused
14 the plaintiff to be transported to the City Jail, where they lodged false charges of attempted arson
15 against him, knowing he had committed no such offense, but that the seriousness of the charge
16 would cause him to be held in jail, illegally, rather than released; which he was, for five days
17 before being released. Other, different charges later filed against him were ultimately dropped.

18     10. The officers confiscated his cameras, and when he finally retrieved them, the tape in
19 the video camera had clearly been tampered with by defendants, and a portion or portions of it
20 deleted. His wrist, in the area where the officers twisted it deliberately to hurt him, was in pain,
21 and his use of it greatly impaired, for many weeks after the incident, and still not fully
22 healed—and apparently may not ever heal—almost two years later.

23 **PLAINTIFF'S CAUSES OF ACTION.**

24     **One. Violation of Civil and Constitutional Rights: Unreasonable Seizure.** The
25 violent, totally unprovoked and unjustified assault on the plaintiff described above, together with
26 his (false) arrest and forcible handcuffing on no legal grounds whatsoever, violated his
27 fundamental rights under the Fourth Amendment to the U.S. Constitution, entitling him to
28 Judgment against defendants for compensatory damages.

**Two. <u>Violation of Civil and Constitutional Rights: Personal Liberty; Freedom of Speech, Association and Movement; and Privacy</u>.** The actions of all the defendants, in assaulting and arresting the plaintiff arbitrarily and without cause or justification, and punishing and retaliating against him physically, were aimed at suppressing his reportorial efforts, punishing him for them, and covering up the gratuitous, unconstitutional violence of the police against the peaceful protesters by blocking his coverage. These actions by defendants likewise deprived plaintiff of fundamental rights under the Firts Amendment, also entitling him to judgment against the defendants, and damages.

**Three. <u>Denial of Due Process</u>.** False charges of attempted arson lodged against plaintiff by defendants without grounds, and intended to result in high bail and extended imprisonment following the arrest, violated plaintiff's rights denied the plaintiff Due Process of Law and deprived him of privileges and immunities guaranteed by the Fourteenth Amendment.

**Four. <u>Punitive Damages</u>.** The afore-described acts of the defendants who manhandled, injured and humiliated the plaintiff, and cut off his legitimate expressive activity and reporting, then had him booked on false charges so he would remain in jail, were knowingly malicious and oppressive in the extreme, and taken with reckless and callous indifference to his basic civil rights, entitling the plaintiff to judgment against them and each of them for punitive damages, according to law.

**PRAYER FOR RELIEF.**

WHEREFORE, the plaintiff demands Trial By Jury on each of his claims herein, and Judgment against all defendants found to have participated in violating his rights and otherwise injuring him, for compensatory damages in such amount as the Jury shall see fit to award; and for punitive damages against those who injured him maliciously and oppressively, also as the Jury sees fit; and for the costs and expenses of suit, attorney's fees according to law, and such other relief as may be deemed just and appropriate in the premises.

DATED: June 18, 2012.                                   Respectfully submitted,

                                                        Dennis Cunningham/Jeff Wozniak
                                                        Attorneys for Plaintiff