UNITED STATES DISTRICT COURT

Northern District of California

JOHN WESTON OSBURN,

              Plaintiff(s),

   v.

OAKLAND POLICE OFFICERS,

              Defendant(s).
_____/

No. C 12-03397 MEJ

**ORDER RE: STATUS**

This matter is currently scheduled for a Case Management Conference on October 4, 2012. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the October 4 conference and ORDERS Plaintiff John Weston Osburn to file a status report by October 15, 2012.

**IT IS SO ORDERED.**

Dated: October 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge