**UNITED STATES  DISTRICT COURT**

Northern District of California

1
2
3
4
5
6
7   JOHN WESTON OSBURN,                                    No. C 12-03397 MEJ

8                          Plaintiff(s),                  **ORDER RE: STATUS**

              v.
9
    OAKLAND POLICE OFFICERS,
10
                           Defendant(s).
11   _____/

12

13          This matter is currently scheduled for a Case Management Conference on October 4, 2012.

14   However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the

15   October 4 conference and ORDERS Plaintiff John Weston Osburn to file a status report by October

16   15, 2012.

17          **IT IS SO ORDERED.**

18

19   Dated: October 1, 2012

20                                                        _____
                                                         Maria-Elena James
21                                                       Chief United States Magistrate Judge

22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**