UNITED STATES DISTRICT COURT

Northern District of California

JOHN WESTON OSBURN, No. C 12-3397 MEJ

            Plaintiff(s), **ORDER TO SHOW CAUSE**

   v.

OAKLAND POLICE OFFICERS,

            Defendant(s).

_____/

On October 1, 2012, the Court vacated the Case Management Conference in this case and ordered Plaintiff John Weston Osburn to file a status report. Dkt. No. 3. As he failed to respond, the Court hereby ORDERS Plaintiff John Weston Osburn to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 17, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 31, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: January 3, 2013

                                            _____
                                            Maria-Elena James
                                            United States Magistrate Judge