UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOHN WESTON OSBURN, | No. C 12-3397 MEJ |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | |
| OAKLAND POLICE OFFICERS, et al., | |
| Defendants. | |

On October 1, 2012, the Court vacated the Case Management Conference in this case and ordered Plaintiff John Weston Osburn to file a status report. Dkt. No. 3. As he failed to respond, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 4. Having received Plaintiff's counsel's declaration in response, the Court DISCHARGES the order to show cause. Plaintiff shall file a dismissal or status report by February 14, 2013.

**IT IS SO ORDERED.**

Dated: January 18, 2013

_____
Maria-Elena James
United States Magistrate Judge