1

2

3

4               UNITED STATES  DISTRICT COURT

5                   Northern District of California

6

7    JOHN WESTON OSBURN,                        No. C 12-3397 MEJ

8                    Plaintiff,                 **SECOND ORDER TO SHOW CAUSE**

9           v.

     OAKLAND POLICE OFFICERS, et al.,
10
                     Defendants.
11   _____/

12

13        On October 1, 2012, the Court vacated the Case Management Conference in this case and

14   ordered Plaintiff John Weston Osburn to file a status report.  Dkt. No. 3.  As he failed to respond, the

15   Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute

16   and failure to comply with court deadlines.  Dkt. No. 4.  In response, Plaintiff's counsel filed a

17   declaration stating that "the agreement for settlement had already been reached when the case was

18   filed—there having been an earlier version brought in the Alameda Count Superior Court, which had

19   to be superseded because of a time problem—and so I had essentially moved it to the "done" column,

20   carried in my head; not an adequate mode for keeping track, I admit."  Dkt. No. 5.  Based on this

21   response, the Court discharged the order to show cause and ordered Plaintiff to file a dismissal or

22   status report by February 14, 2013.  Dkt. No. 6.  Plaintiff has again failed to comply with the Court's

23   order.

24         Accordingly, the Court ORDERS Plaintiff's counsel, Dennis Cunningham, to provide his

25   client, John Weston Osburn, with (1) a copy of this order, (2) the January 3, 2013 Order to Show

26   Cause, and (3) Mr. Cunningham's January 17 declaration in response.  Mr. Cunningham shall provide

27   the copies by March 8, 2013.  Plaintiff shall thereafter file a declaration by March 15, 2013, attesting

28   that he has received copies of these documents.  Further, the Court ORDERS Plaintiff to show cause

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  why this case should not be dismissed for repeatedly failing to comply with court orders.  Plaintiff

2  shall file a separate declaration by March 15, 2013.  If a responsive declaration is filed, the Court

3  shall either issue an order based on the declaration or conduct a hearing on March 28, 2013 at 10:00

4  a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is

5  hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive

6  declaration is filed.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

7       **IT IS SO ORDERED.**

8

9  Dated: March 5, 2013

10                                                                   _____

       Maria-Elena James
       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

2